IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL VAUPELL,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

                                   No. CIV S-10-0022 EFB

ORDER

On August 3, 2010, this court ordered plaintiff to show cause why plaintiff and/or plaintiff's counsel should not be sanctioned as a result of plaintiff's failure to timely file a motion for summary judgment and/or remand. Dckt. No. 14. On August 25, 2010, plaintiff filed a response to the order to show cause, indicating that the failure was due to the exceptional length of the administrative record in this action, and also filed a motion for summary judgment. Dckt. No. 15. In light of plaintiff's filings, the August 3, 2010 order to show cause is discharged.

SO ORDERED.

DATED: August 30, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE