BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GABRIEL VAUPELL, ) | CIVIL NO. 2:10-CV-00022-EFB |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

      The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, to allow for Defendant's further review of the case in light of the arguments for remand presented in Plaintiff's motion. Defendant's current deadline is September 24, 2010, and the new deadline will be October 25, 2010, as the thirtieth day (October 24, 2010) falls on a Sunday. The Court's Scheduling Order shall be modified accordingly.

////

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 23, 2010 | /s/ Jesse S. Kaplan |
| 3 | | (As authorized via email) |
| | | JESSE S. KAPLAN |
| 4 | | Attorney for Plaintiff |
| 5 | Dated: September 23, 2010 | BENJAMIN B. WAGNER |
| | | United States Attorney |

/s/ Brenda M. Pullin
BRENDA M. PULLIN
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  September 27, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2